**THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | |
|---|---|
| FREDERICK S. MOORE, JR.,<br>d/b/a DUB 47 ENTERTAINMENT, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| | ) No. 05-6080-CV-SJ-FJG |
| MICHAEL CHESTER, ERIC POWELL,<br>CITY OF ST. JOSEPH, MISSOURI,<br>and ST. JOSEPH, MISSOURI POLICE<br>DEPARTMENT, | )<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |

**ORDER**

Pending before the Court is Plaintiff's Motion for Summary Judgment (Doc. No. 7).
Plaintiff states that summary judgment should be granted because defendants City of St.
Joseph, Missouri, St. Joseph, Missouri Police Department, and Officer Eric Powell have
failed to timely respond to plaintiff's complaint.

After reviewing the file in this matter, the Court has determined that plaintiff is
incorrect in his assertion that these defendants have failed to respond to his complaint.
According to the Court's records, the above-referenced defendants timely answered
plaintiff's complaint on August 31, 2005, filing a certificate of service indicating that plaintiff
was served a copy of their answer via U.S. Mail. See Doc. No. 5. Therefore, plaintiff's
motion for summary judgment (Doc. No. 7) is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court send (1) a copy of this order,
and (2) a copy of defendants' answer (Doc. No. 5, filed on August 31, 2005), via regular

and certified mail to plaintiff at the following address:

      Frederick S. Moore, Jr.
      506 S. 20th Street
      St. Joseph, Missouri 64501

      **IT IS SO ORDERED.**


                                **/S/ FERNANDO J. GAITAN, JR.**
                                  Fernando J. Gaitan, Jr.
                                  United States District Judge

Dated:  September 19, 2005
Kansas City, Missouri

Case 5:05-cv-06080-FJG   Document 8   Filed 09/19/05   Page 2 of 2